In the Matter of the Claim of DENIS LEAHY, Respondent, against INTERBOROUGH RAPID TRANSIT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LAWRENCE GITTENS, Respondent, against QUEENS BUS LINES, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.